IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TRESSIA MILLS and
CATHERINE MERRIWEATHER                                                    PLAINTIFFS

v.                         CASE NO. 4:13-cv-367-SWW

MONUMENTAL LIFE INSURANCE COMPANY                                         DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

Upon motion [doc.#7] of the parties, the above-captioned litigation is hereby dismissed with prejudice.

IT IS SO ORDERED this 17th day of December 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

Approved:

**/s/ Keith I. Billingsley**
Bar Number 86016
Attorney for Defendant
BEQUETTE & BILLINGSLEY, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Telephone: (501) 374-1107
Fax: (501) 374-5092
E-mail: kbillingsley@bbpalaw.com

and

**/s/ David W. Kamps &**
**/s/ Lucas Z. Rowan**
David W. Kamps (AR Bar No. 03110)
Lucas Z. Rowan (AR Bar No. 08191)
DODDS, KIDD & RYAN
Attorneys for Plaintiff
313 West Second Street
Little Rock, AR 72201
Business Phone: (501) 375-9901
Business Facsimile: (501) 376-0387